IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD A. THORPE, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 08-540-SLR |
| | ) |
| WILMINGTON HOUSING AUTHORITY, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

At Wilmington this 4th day of September, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                                                         United States District Judge